IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-30525
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MARVIN J. KRITZMAN, SR.,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-CR-156-R
- - - - - - - - - - -
December 10, 1997
Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

     As his sole point of error in this direct criminal appeal,
Marvin Kritzman, Sr., argues that the district court abused its
discretion by denying his motion to withdraw his plea of guilty
to conspiracy to unlawfully transport a stolen motor vehicle in
interstate commerce.  We have reviewed the briefs of the parties
and the record and find no reversible error.  Accordingly, we
AFFIRM for the reasons stated by the district court.  See United
States v. Kritzman, No. 96-156 (E.D. La.; Mar. 12, 1997).

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.